MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CHARLES PARKER (CABN 283078)
Special Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7149
   Fax: (415) 436-7009
   E-Mail: Charles.Parker@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-12-852 WHA |
| Plaintiff, | STIPULATION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| WEI FAN MAY LEE, | |
| Defendant. | |

    The initial appearance and arraignment in this matter took place on January 8, 2013. Discovery will be provided to defendant Wei Fan May Lee before the end of the week. The defendant will be reviewing the discovery until the date of the status hearing currently scheduled before the Honorable William Alsup on January 29, 2013.

//

//

//

//

//

//

For these reasons, IT IS STIPULATED AND AGREED that time under the Speedy Trial Act be excluded from January 8, 2013, through January 29, 2013, because the ends of justice outweigh the best interest of the public and the defendant in a speedy trial, for effective preparation of defense counsel, and taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: January 8, 2013            Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/ Charles Parker
CHARLES PARKER
Special Assistant United States Attorney
Tax Division

/s/ Jay R. Weill
JAY R. WEILL
Attorney for Defendant Wei Fan May Lee

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 12-852 WHA |
| Plaintiff, | ) | ORDER |
| v. | ) | |
| WEI FAN MAY LEE, | ) | |
| Defendant. | ) | |

Good cause appearing therefore, IT IS ORDERED that time under the Speedy Trial Act be excluded from January 8, 2013, through January 29, 2013, because the ends of justice outweigh the best interest of the public and the defendant in a speedy trial, for effective preparation of defense counsel, and taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: January 14, 2013

_____
Judge William Alsup
UNITED STATES DISTRICT JUDGE